Peter Bibring, SBN 223981
 peter@bibringlaw.com
LAW OFFICE OF PETER BIBRING
2210 W. Sunset Blvd. #203
Los Angeles, CA 90026
(213) 471-2022

*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| DAVID JAMES HEALEY, | Case No. 2:25-cv-12437-AH (PVCx) |
| PLAINTIFF, | **NOTICE OF SETTLEMENT** |
| v. | |
| CITY OF LOS ANGELES, *et al.*, | |
| DEFENDANTS. | |

Pursuant to Central District Local Rule 40-2, Plaintiff notifies the Court that the parties have reached a settlement in this matter. The parties respectfully request that the Court vacate the scheduling conference currently set for September 15, 2026, and set a status conference on or after October 20, 2026, to allow the parties sufficient time to implement the terms of the settlement agreement.

Dated:    July 13, 2026

Respectfully submitted,

LAW OFFICE OF PETER BIBRING

By:    _/s/ Peter Bibring_
              Peter Bibring

*Attorney for Plaintiff*

1
NOTICE OF SETTLEMENT